THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __S.4__ (Rule Number/Section)

**224918**
Name and Prisoner/Booking Number

**Mohave County Jail**
Place of Confinement

**501 W. Highway 66**
Mailing Address

**Kingman Az 86401**
City, State, Zip Code

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

MAR 02 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Jeremy James Sterling**,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) **Long**,
(Full Name of Defendant)

(2) **Zappela**,

(3) **unknown**,

(4) **Bischoff**,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV-08021-SRB-MHB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _____

Revised 3/11/16

1

550/555

B. **DEFENDANTS**

1. Name of first Defendant: _Cheong Ste_. The first Defendant is employed as: _Detention Officer_ at _Mohave County Jail_.
   (Position and Title) (Institution)

2. Name of second Defendant: _Zappela_. The second Defendant is employed as: _Detention Officer_ at _Mohave County Jail_.
   (Position and Title) (Institution)

3. Name of third Defendant: _Unknown_. The third Defendant is employed as: _Whomever was in the control Bubble_ at _Mohave County Jail_.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _Don Bischoff_. The fourth Defendant is employed as: _Captain_ at _Mohave County Jail_.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. **PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Jeremy James Sterling_ v. _Don Bischoff, et. al._
      2. Court and case number: _CV-19-08352-PCT-SRB-MHB_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Yes_

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# COUNT II

1. State the constitutional or other federal civil right that was violated: No access to law library I can't look up exact civil right violated.

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - [X] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was arrested on a failure to pay fines warrant and a failure to appear. I appeared before both courts on video court. I was then housed in solitaire confinement, A-Pod, with no reasoning or paperwork. I was then moved up front on suicide watch when I clearly stated I wasn't suicidal. I was brought before Judge Sanger and he ordered I be released on my own Recognasaince. I was brought back to the jail, told I had to stay 30 days or pay $500 and placed on suicide watch for 2 weeks. I was condemned to a cell for 2 weeks and harassed by numerous staff members. I was housed for 2 more weeks in A-Pod. My perception of reality was destroyed by mental health staff, medical and detention. All video from March 25th - April 28th 2019 pertains to this claim. No inmate should be denied potable drinking water at any time. I was treated like an animal for 30 days. I was in the booking area, A-Pod, and medical during this stay. I was placed in cells and ignored. I asked Stephenson for a deputy to file a report on my stolen phone, ID, and bankcard. The majority of the staff is to blame. Refer to jail logs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My psychological well being was destroyed. I was release from jail and was dropped off near the county gravel pit. Reference State of Arizona vs Jeremy James Starling CR-2019-00799.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count II? [ ] Yes [X] No
   c. Did you appeal your request for relief on Count II to the highest level? [ ] Yes [X] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They wouldn't provide me anything. No pencil no dry clothes, no phone call, no explination.

4

### E. REQUEST FOR RELIEF

State the relief you are seeking: Monetary amount/value left up to the judge. Criminal charges need to be filed against specific staff members. Mohave County Jail staff needs a spring cleaning.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/22/20
             DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6